**Opinion issued February 9, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-22-00443-CV**

—————————————

**CAROLYN A. KIBBEY, Appellant**

**V.**

**DISCOVER BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1179868**

---

## MEMORANDUM OPINION

Appellant, Carolyn A. Kibbey, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On July 8, 2022, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by August 8, 2022. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Appellant filed a notice of appeal on June 8, 2022. On June 17, 2022, the court reporter notified the Court that no reporter's record was taken in this case. The clerk's record was filed on July 12, 2022. Accordingly, appellant's brief was due to be filed on or before August 12, 2022. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On August 22, 2022, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.